```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

Gislene Gomes Rodrigues

    v.                                                Case No. 26-cv-136-LM-TSM

Christopher Brakett, et al

<u>JUDGMENT</u>

In accordance with the Endorsed Order by Judge Landya B. McCafferty dated March 11, 2026, judgment is hereby entered.

                                                By the Court:

                                         /s/ Tracy A. Uhrin
                                         Tracy A. Uhrin
                                         Clerk of Court

Date: March 11, 2026